# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR WATER SECURITY AND COOPERATION,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    *Defendant.* | Civil Action No.: 1:23-cv-02529 |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MAUREEN M. CROUGH

Pursuant to Local Civil Rule 83.2(c), the undersigned, Justin A. Savage, counsel for plaintiff Center for Water Security and Cooperation (CWSC), hereby moves, as a member in good standing of the bar of the District of Columbia and the bar of the District Court for the District of Columbia, for admission of Maureen M. Crough to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for CWSC. Attached hereto is a supporting declaration, along with a proposed order and the $100 fee.

Dated: Washington, D.C.
    August 29, 2023

Respectfully submitted,

/s/ Justin A. Savage
_____
Justin A. Savage (D.C. Bar. No. 466345)
jsavage@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Tel: +1 202 736 8000

*Attorneys for Plaintiff Center for Water Security and Cooperation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR WATER SECURITY AND COOPERATION,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendant.* | Civil Action No.: 1:23-cv-02529 |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC* VICE OF MAUREEN M. CROUGH

Upon consideration of the motion to admit Maureen M. Crough to appear in this action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Dated:  Washington, D.C.
          _____, 2023

_____
United States District Judge