IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR WATER SECURITY AND COOPERATION,<br><br>                                                          *Plaintiff*,<br>       v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>                                                         *Defendant*. | Civ. No. 1:23-cv-2529-LLA |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

      The Clerk of the Court will please withdraw the appearance of Laura K. Craig as counsel for Plaintiff Center for Water Security and Cooperation in the above-captioned action. Sidley Austin LLP remains as Plaintiff's counsel of record.

| | |
|---|---|
| Dated: May 3, 2024<br>Washington, D.C. | Respectfully submitted,<br><br>*/s/ Laura K. Craig*<br>Laura K. Craig (D.C. Bar No. 241783)<br>laura.craig@sidley.com<br>1501 K Street, N.W.<br>Washington, D.C. 20005 |