UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR WATER SECURITY AND COOPERATION | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 23-cv-2529 (LLA) |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | ) ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 18, 2024, Plaintiff Center for Water Security and Cooperation ("CWSC") and Defendant, U.S. Environmental Protection Agency ("EPA"), by and through undersigned counsel, report to the Court as follows.

1. Since their last status report, the parties conferred on August 6, 2024, to address certain outstanding issues and, following that conferral, EPA provided additional information to CWSC on August 9, 2024. As a result of that conferral, and to afford the parties additional time to attempt to narrow issues in dispute, the parties propose an adjustment of the deadlines in the summary judgment briefing schedule set forth in the Court's July 18, 2024 order by approximately three weeks. Specifically, the parties request the following new schedule: (1) Defendant shall file a motion for summary judgment on or before November 14, 2024; (2) Plaintiff shall file its opposition and cross-motion for summary judgment on or before December 17, 2024; (3) Defendant shall file a reply and opposition on or before January 15, 2025; (4) Plaintiff shall file a reply on or before February 5, 2025.

2. The parties propose that they file a further status report by September 17, 2024.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>D.C. BAR #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Jeremy S. Simon*<br>JEREMY S. SIMON<br>D.C. BAR #447956<br>Assistant United States Attorney<br>601 D. Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2528<br>Jeremy.simon@usdoj.gov<br><br>*Counsel for Defendant* | SIDLEY AUSTIN LLP<br>Justin A. Savage (D.C. Bar. No. 466345)<br>jsavage@sidley.com<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>+1 202 736 8000<br><br>By: */s/ Maureen M. Crough*<br>Maureen M. Crough (*pro hac vice*)<br>mcrough@sidley.com<br>787 Seventh Avenue<br>New York, New York 10019<br>+1 212 839 5300<br><br>Henry Visser Melville (*pro hac vice*)<br>hmelville@sidley.com<br>One South Dearborn<br>Chicago, Illinois 60603<br>+1 312 853 7000<br><br>*Counsel for Plaintiff, Center for Water Security and Cooperation* |