UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR WATER SECURITY AND COOPERATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 23-2529 (LLA) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Allison I. Brown and remove the appearance of Assistant United States Attorney Jeremy S. Simon as counsel for Defendant in the above-captioned case.

Dated: August 21, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Allison Brown*

ALLISON I. BROWN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7822
Allison.Brown2@usdoj.gov

*Attorney for the United States of America*