IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR WATER SECURITY AND COOPERATION,<br>*Plaintiff*,<br>v.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br>*Defendant.* | Civ. No. 1:23-cv-2529 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The Clerk of the Court will please withdraw the appearance of Henry Visser Melville as counsel of record for the plaintiff, Center for Water Security & Cooperation, in the above-captioned action. Sidley Austin LLP remains Plaintiff's counsel of record.

Dated: Chicago, Illinois
September 30, 2025

Respectfully submitted,

Henry Visser Melville (*pro hac vice*)
hmelville@sidley.com
One South Dearborn
Chicago, Illinois 60603
+1 312 853 2070